

FORM B1
(Official Form 1) (9/97)

BlumbergExcelsior, Publisher, NYC 10013

*11076017*

| UNITED STATES BANKRUPTCY COURT | Western DISTRICT OF New York | Voluntary Petition |
|---|---|---|

| Name of Debtor(If individual, enter Last, First, Middle):<br>CORDWELL, PETER | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by debtor in the last 6 years<br>(include married, maiden and trade names):<br>N/A | All Other Names used by the joint debtor in the last 6 years<br>(include married, maiden and trade names): |
| Soc. Sec./Tax I.D. No. (If more than one, state all):<br>2404 | Soc. Sec./Tax I.D. No. (If more than one, state all): |
| Street Address of Debtor (No. and street, city, state, zip):<br>5345 SCRANTON ROAD<br>HAMBURG, NEW YORK 14075 | Street Address of Joint Debtor (No. and Street, City, State, Zip Code): |
| County of Residence or of the<br>Principal Place of Business:<br>ERIE | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (If different from street address) | Mailing Address of Joint Debtor (If different from street address):<br>04-16169 |
| Location of Principal Assets of Business Debtor<br>(If different from addresses listed above) | |

## Information Regarding the Debtor (Check the Applicable Boxes)

Venue: (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

| Type of Debtor (Check all applicable box) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual(s)  ☐ Railroad | | ■ Chapter 7   ☐ Chapter 11   ☐ Chapter 13 |
| ☐ Corporation  ☐ Stockbroker | | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership  ☐ Commodity Broker | | ☐ Sec. 304-Case ancillary to foreign proceeding |
| ☐ Other | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ■ Consumer/Non-business   ☐ Business | ■ Filing fee attached. |
| **Chapter 11, Small Business** (Check all boxes that apply) | ☐ Filing fee to be paid in installments. (Applicable to individuals only) |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | Must attach signed application for the court's consideration certifying |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | that the debtor is unable to pay fee except in installments. Rule 1006(b). See Offical Form No.3. |

| Statistical/Administrative Information (Estimates Only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets (Check one box)
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts (Check one box)
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| | | |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor

| Name of Debtor | Case Number | Date Filed |
|---|---|---|
| District: | Relationship: | Judge: |

## SIGNATURES

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11,12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

Jordan, Ieraci & Stevanovic
Firm Name

3131 Sheridan Drive
Address

Amherst, New York 14226

(716) 832-7777
Telephone Number

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

X _____
Printed Name of Individual

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are

debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11 United States Code, and have explained the relief available under each such chapter

X _____
signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the above debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition

☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 USC § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address
Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

Form 7W Stmt. of Financial Affairs (12-95)

BlumbergExcelsior. Publisher. NYC 10013

# STATEMENT OF FINANCIAL AFFAIRS
## UNITED STATES BANKRUPTCY COURT

### Western DISTRICT OF New York

In re: CORDWELL, PETER

N/A                                         Debtor(s)   Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. If the answer to any question is "None" or the question is not applicable, mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates or the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(30).

---

NONE

| | 1.  INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                      SOURCES

Debtor's Income
2002 $51,000
2003 $50259.02
YTD  $22,000

NONE

|X|  2.  INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS

State the amount of income received by the debtor other than employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

**|X| 3A. PAYMENTS TO CREDITORS**

List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

**|X| 3B. PAYMENTS TO CREDITORS**

List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

**|X| 4A. SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTION, GARNISHMENTS AND ATTACHMENTS**

List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

**|X| 4B. SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTION, GARNISHMENTS AND ATTACHMENTS**

Describe all property that has been attached, garnished, or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

**|X| 5. REPOSSESSIONS, FORECLOSURES, AND RETURNS**

List all property that has been repossessed by a creditor, sold at foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

**|X| 6A. ASSIGNMENTS AND RECEIVERSHIPS**

Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

**|X| 6B. ASSIGNMENTS AND RECEIVERSHIPS**

List all property which has been in the hands of a custodian, receiver, or court appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

**|X| 7. GIFTS**

List all gifts of charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

**|X| 8. LOSSES**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

| | 9. PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3131 Sheridan Drive/Ste.21
Amherst, NY 14226

NONE

|X| 10. OTHER TRANSFERS

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X| 11. CLOSED FINANCIAL ACCOUNTS

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, saving, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X| 12. SAFE DEPOSIT BOX

List each safe deposit or other box or depository in which the debt has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X| 13. SETOFFS

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X| 14. PROPERTY HELD FOR ANOTHER PERSON

List all property owned by another person that the debtor holds or controls.

NONE

|X| 15. PRIOR ADDRESS OF DEBTOR

   If the debtor has moved within two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

X None
## 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

X None   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF ENVIRONMENTAL NOTICE LAW |
|---|---|---|

---

X None   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF ENVIRONMENTAL NOTICE LAW |
|---|---|---|

X None   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

## 18 . Nature, location and name of business

X None   a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case. If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

---

X None b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME ADDRESS

---


Blumberg's
Law Products
Established 1887

**Unsworn Declaration SFA**
**W (11-95)**

**Blumberg**Excelsior. Publisher. NYC 10013

In
re: CORDWELL, PETER
N/A                                                    Debtor(s)   Case No.                    (if known)

# DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS

## DECLARATION UNDER PENALTY OF PERJURY

(If completed by an individual or individual and spouse) I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date                                              Signature _____
                                                            CORDWELL, PETER                    Debtor

Date                                              Signature _____
                                                            N/A                        (Joint Debtor, if any)
                                                  (if joint case, both spouses must sign.)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____            _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security Number

_____
Address

Names and Social Security numbers of all other Individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets confirming to the appropriate Official Form for each person.
X
_____            _____
Signature of Bankruptcy Petition Preparer                    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisent or both.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing statement of financial affaris, consisting of _____sheets, and that they are true and correct to the best of my knowledge, information, and belief.
                    Continuation sheets attached

Date                                              Signature _____

                                                  (Print or type name of individual signing on behalf of debtor.)
                    (An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

PENALTY FOR MAKING A FALSE STATEMENT OR CONCEALING PROPERTY:
Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.



Form B6 A W (12-95)

BlumbergExcelsior. Publisher, NYC 10013

In re: CORDWELL, PETER
N/A
Debtor(s)   Case No.                    (if known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |
| | | Total -> | 0.00 | (Report also on Summary of Schedules) |

 

CORDWELL, PETER

In re: N/A

Debtor(s)    Case No.                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1  Cash on hand | | Cash on hand | H | 50.00 |
| 2  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3  Security Deposits with public utilities, telephone companies, landlords and others. | X | | | |
| 4  Household goods and furnishings including audio, video, and computer equipment. | | Household furniture | H | 1,000.00 |
| 5  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6  Wearing apparel. | | Wearing apparel | H | 500.00 |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)    Total ->    $

X          continuation sheets attached


Form B6 B W (11-95)

BlumbergExcelsior, Publisher, NYC 10013

CORDWELL, PETER

In re: N/A

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 7  Furs and jewelry. | X | | | |
| 8  Firearms and sports, photographic and other hobby equipment. | X | | | |
| 9  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10  Annuities. Itemize and name each issuer. | | 401(k) plan | H | 5,836.53 |
| 11  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12  Stock and interest in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13  Interest in partnerships or joint ventures. Itemize. | X | | | |
| 14  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15  Accounts receivable. | X | | | |
| 16  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17  Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19  Contingent and non-contingent interests in estate of a descendent, death benefit plan, life insurance policy or trust. | X | | | |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)          Total ->   $

X          continuation sheets attached



**Form B6 B W (11-95)**

**Blumberg**Excelsior. Publisher. NYC 10013

CORDWELL, PETER

In re: N/A          Debtor(s)   Case No.          (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20 Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | X | | | |
| 21 Patents, copyrights, and other general intellectual property. Give particulars. | X | | | |
| 22 Licenses, franchises, and other general intangible. Give particulars. | X | | | |
| 23 Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24 Boats, motors, and accessories. | X | | | |
| 25 Aircraft and accessories. | X | | | |
| 26 Office equipment, furnishings, and supplies. | X | | | |
| 27 Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28 Inventory. | X | | | |
| 29 Animals. | X | | | |
| 30 Crops-growing or harvested. Give particulars. | X | | | |
| 31 Farming equipment and implements. | X | | | |
| 32 Farm supplies, chemicals and feed. | X | | | |
| 33 Other personal property of any kind not already listed. Itemize. | X | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->   $   7,386.53

_____ continuation sheets attached



**Form B6 C W (11-95)**

BlumbergExcelsior. Publisher. NYC  10013

In re: CORDWELL, PETER
N/A

Debtor(s)   Case No.                    (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one Box).

☐ 11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C.§ 522(d).  Note:  These exemptions are available only in certain states.

☐ 11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cash on hand | CPLR SECTION 5205(d) | 50.00 | 50.00 |
| Wearing apparel | CPLR section 5205(a)(1) | 500.00 | 500.00 |
| Household furniture | CPLR section 5205(a)(1) | 1,000.00 | 1,000.00 |
| 401(k) plan | Debtor and Creditor Law section 282 | 5,836.53 | 5,836.53 |

Form B6 D W (11-95)    BlumbergExcelsior. Publisher. NYC 10013

In re: CORDWELL, PETER          Debtor(s)  Case No.          (if known)
N/A

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBT | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | CUD* |
|---|---|---|---|---|---|---|
| A/C # | | H | VALUE $ 0.00 | 46,000.00 | 0.00 | |
| First Merit Mortgage PO Box 90 Akron, OH 44309-0090 | | | Incurred for mortgage in 1999 - surrendered | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | H | VALUE $ | | | |
| | | | | | | |

|  | Subtotal -> (Total of this page) | 46,000.00 |
|---|---|---|
| _____ Continuation Sheets attached. (use only on last page of the completed Schedule D.) | Total -> | 46,000.00 |

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.          (Report total also on Summary of Schedules)



Form B6 E W (11-95)

BlumbergExcelsior, Publisher, NYC 10013

In re: CORDWELL, PETER
N/A

Debtor(s)   Case No.                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS**(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4000 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(3)

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4000 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $1800 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(8).
*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

## Extension of credit in an involuntary case

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | CUD* |
|---|---|---|---|---|---|---|
| A/C # | | H | | 16,213.26 | 16,213.26 | |
| IRS Department of Treasury Internal Revenue Service Andover, MA 05501 | | | Incurred for Federal income taxes in 1998, 1999 and 2000 | | | |
| A/C # | | H | | 2,031.00 | 2,031.00 | |
| New York State Taxation Dept. WA Harriman State Campus Albany, NY 12227-0001 | | | Incurred for New York State income taxes in 1998, 1999 and 2000 | | | |
| A/C # | | | | | | |
| | | | Subtotal -> (Total of this page) | 18,244.26 | | |
| | | | Total -> (use only on last page of the completed Schedule E.) | 18,244.26 | | |

_____   Continuation Sheets attached.

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.        (Report total also on Summary of Schedules)

FORM B6F(Official Form6F) (9/97)     BlumbergExcelsior. Publisher. NYC 10013

In re: **CORDWELL, PETER**    ,                    Case No. _____
                                                            (if known)
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns).

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Adelphia Cable<br>789 Indian Church Road<br>West Seneca, NY 14224-1205 | | H | Incurred for cable service in 2001 | | | | 150.00 |
| ACCOUNT NO.<br><br>Capital One Bank<br>PO Box 85512<br>Richmond, VA 23285-5512 | | H | Incurred for credit in 2000 | | | | 700.00 |
| ACCOUNT NO.<br><br>Carol Medical Center<br>7020 Erie Road<br>Derby, NY 14047 | | H | Incurred for medical treatment in 2000 | | | | 260.00 |
| ACCOUNT NO.<br><br>Cellular One<br>2875 Union Road<br>Ste. 350<br>Cheektowaga, NY 14227 | | H | Incurred for cell phone in 2000 | | | | 375.00 |
| ACCOUNT NO.<br><br>Council Opticians<br>3525 Seneca Street<br>West Seneca, NY 14224 | | H | Incurred for eye exam in 2003 | | | | 44.00 |

|  | Subtotal | $ 1,529.00 |
|---|---|---|
|  | Total | $ |

___X___ continuation sheets attached.          (Use only on last page of completed Schedule F.)



**FORM B6F**

BlumbergExcelsior, Publisher. NYC 10013

In re: CORDWELL, PETER _____ ,   Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Creditors Interchange<br>P.O. Box 1335<br>Buffalo, NY 14240 | | H | Collection agency for South Buffalo Ambulatory Mercy Center, incurred in 2002 | | | | 900.00 |
| ACCOUNT NO.<br><br>Dr. Kenneth Banes<br>1250 Niagara Street<br>Buffalo, NY 14213 | | H | Incurred for medical service in 2000 | | | | 140.00 |
| ACCOUNT NO.<br><br>Household Bank<br>PO Box 17051<br>Baltimore, MD 21297-1051 | | H | Incurred for credit in 2002 | | | | 400.00 |
| ACCOUNT NO.<br><br>Karen Popson<br>40 Main Street<br>Hamburg, NY 14075 | | H | Incurred for child counseling in 2002 | | | | 100.00 |
| ACCOUNT NO.<br><br>Lake Shore Hospital<br>8215 Routes 5 & 20<br>Irving, NY 14081 | | H | Incurred for medical treatment in 2000 | | | | 200.00 |
| ACCOUNT NO.<br><br>LoTempio & Brown, PC<br>181 Franklin Street<br>Buffalo, NY 14202-2448 | | H | Incurred for fees due to spouse's attorneys in 2003 | | | | 5,000.00 |
| ACCOUNT NO.<br><br>MCI Telecom.<br>PO Box 4646<br>Ioawa City, IA 52244-4644 | | H | Incurred for long distance service in 2000 | | | | 180.00 |

Subtotal $ 6,920.00

Total $

___X___ continuation sheets attached.       (Use only on last page of completed Schedule F.)



**FORM B6F**

Blumberg Excelsior, Publisher, NYC 10013

In re: CORDWELL, PETER _____ ,     Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mary Cordwell<br>181 Dover<br>West Seneca, NY 14224 | | H | Owed to former spouse for taxes in 2003 | | | | 20,000.00 |
| ACCOUNT NO.<br><br>Mercy Hospital<br>565 Abbott Road<br>Buffalo, NY 14220 | | H | Incurred for medical service in 2003 | | | | 100.00 |
| ACCOUNT NO.<br><br>National Fuel<br>P.O. Box 4103<br>Buffalo, NY 14264 | | H | Incurred for utility service in 2000 | | | | 700.00 |
| ACCOUNT NO.<br><br>Niagara Mohawk<br>P.O. Box 4798<br>Syracuse, NY 13221-4798 | | H | Incurred for utility service in 2000 | | | | 300.00 |
| ACCOUNT NO.<br><br>Nick Schmitt<br>14 Lyndale Court<br>West Seneca, NY 14224 | | H | Incurred for rent in 2003 | | | | 900.00 |
| ACCOUNT NO.<br><br>Sherman Acquisitions<br>PO Box 9539<br>Manchaster, NH 13108 | | H | Collection agency for Providian, incurred in 2000 for credit | | | | 7,000.00 |
| ACCOUNT NO.<br><br>Talk Com<br>12001 Science Drive<br>Ste. 130<br>Orlando, FL 32826 | | H | Incurred in 2000 for credit | | | | 2,000.00 |

Subtotal $ 31,000.00

Total $

___X___ continuation sheets attached.    (Use only on last page of completed Schedule F.)

 **FORM B6F**

BlumbergExcelsior, Publisher. NYC 10013

In re: CORDWELL, PETER _____ , Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Triton Valley Estates<br>5150 Genesee Street<br>Bowmansville, NY 14028 | | H | Incurred for lot rent in 1999 | | | | 4,500.00 |
| ACCOUNT NO.<br><br>Verizon<br>PO Box 1100<br>Albany, NY 12250-0011 | | H | Incurred for telephone service in 2000 | | | | 250.00 |
| ACCOUNT NO.<br><br>Wells Fargo Financial<br>PO Box 98784<br>Las Vegas, NV 89193-8784 | | H | Incurred for 1999 Jeep - repossessed | | | | 10,000.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | Subtotal | | $ | 14,750.00 |
| | | | | Total | | $ | 54,199.00 |

_____ continuation sheets attached.   (Use only on last page of completed Schedule F.)

 **Form B6 G W (11-95)**

BlumbergExcelsior, Publisher, NYC 10013

In re: CORDWELL, PETER          Debtor(s)   Case No.                    (if known)
N/A

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

 **Form B6 H W (11-95)**

BlumbergExcelsior, Publisher, NYC 10013

In re: CORDWELL, PETER
   N/A

Debtor(s)    Case No.          (if known)

# SCHEDULE H - CODEBTORS

▪ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |



**Form B6 I W (11-95)**

BlumbergExcelsior, Publisher, NYC 10013

In re: CORDWELL, PETER
N/A

Debtor(s)    Case No.        (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| DEPENDENTS OF DEBTOR AND SPOUSE | | | |
|---|---|---|---|
| Debtor's Marital Status | NAMES | AGE | RELATIONSHIP |
| Divorced | N.C. | 12 | child |
| | J.C. | 9 | child |
| | P.C. | 3 | child |
| | T.C. | 1 | child |

| Employment | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Truck Drive | |
| Name of Employer | Watkins Motor Lines | |
| How long employed | seven years | |
| Address of Employer | 1394 Military Road<br>Buffalo, NY 14217 | |

Income: (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 3,233.60 | $ 0.00 |
| Estimate monthly overtime | 148.00 | 0.00 |
| SUBTOTAL | $ 3,381.60 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | 838.50 | 0.00 |
| b. Insurance | 81.70 | 0.00 |
| c. Union dues | 0.00 | 0.00 |
| d. Other (Specify) | | |
|    401K loan | 44.89 | 0.00 |
|    Child support payment | 1,075.00 | 0.00 |
| | 0.00 | 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 2,040.09 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,341.51 | $ 0.00 |
| Regular income from operation of business or profession or farm | | |
| (attach detailed statement) | 0.00 | 0.00 |
| Income from real property | 0.00 | 0.00 |
| Interest and dividends | 0.00 | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's | | |
|    use or that of dependents listed above. | 0.00 | 0.00 |
| Social security or other government assistance (Specify) | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| Pension or retirement income | 0.00 | 0.00 |
| Other monthly income (Specify) | | |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| TOTAL MONTHLY INCOME | $ 1,341.51 | $ 0.00 |

TOTAL COMBINED MONTHLY INCOME    $ 1,341.51    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:



Form B6 J W (11-95)   BlumbergExcelsior, Publisher, NYC 10013

In re: CORDWELL, PETER    N/A

Debtor(s)   Case No.                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

Rent or home mortgage payment  (include lot rented for mobile home)                                              $        350.00

Are real estate taxes included?   ☐ Yes   ☐ No   Is property insurance included?   ☐ Yes   ☐ No

| | |
|---|---|
| Utilities  Electricity and Heating Fuel | 100.00 |
| Water and Sewer | 0.00 |
| Telephone | 35.00 |
| Other | 0.00 |
| | 0.00 |
| | 0.00 |
| Home maintenance (repairs and upkeep) | 0.00 |
| Food | 400.00 |
| Clothing | 150.00 |
| Laundry and dry cleaning | 30.00 |
| Medical and dental expenses | 0.00 |
| Transportation (not including car payments) | 120.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | 200.00 |
| Charitable contributions | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | 0.00 |
| Life | 0.00 |
| Health | 0.00 |
| Auto | 50.00 |
| Other | 0.00 |
| | 0.00 |
| | 0.00 |

Taxes (not deducted from wages or included in home mortgage payments)

| | |
|---|---|
| (Specify)   Garbage fee | 10.00 |
| | 0.00 |

Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan)                    $

| | |
|---|---|
| Auto | $   0.00 |
| Other | 0.00 |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| Alimony, maintenance, and support paid to others | 1,000.00 |
| Payments for support of additional dependents not living at your home | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | 0.00 |
| Other   Haircuts, personal care, etc... | 50.00 |
| | 0.00 |
| | 0.00 |
| | 0.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)                          $   1,495.00

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A. Total projected monthly income | 0.00 |
| B. Total projected monthly expenses | 0.00 |
| C. Excess income (A minus B) | $   0.00 |
| D. Total amount to be paid into plan each _____ (Interval) | $   0.00 |



Form B6 SUM W (11-95)    BlumbergExcelsior, Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT    Western DISTRICT OF New York

In re: CORDWELL, PETER
N/A

Debtor(s)  Case No.                    (if known)

See summary below for the list of schedules.  Include Unsworn Declaration under Penalty of Perjury at the end.

GENERAL INSTRUCTIONS: Schedules D, E and F have been designed for the listing of each claim only once.  Even when a claim is secured only in part, or entitled to priority only in part, it still should be listed only once.  A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed in Schedule E only.  Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes/No) | Number of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | X | 1 | 0.00 | | |
| B - Personal Property | X | 3 | 7,386.53 | | |
| C - Property Claimed as Exempt | X | 1 | | | |
| D - Creditors Holding Secured Claims | X | 1 | | 46,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | X | 2 | | 18,244.26 | |
| F - Creditors Holding Unsecured Nonpriority Claims | X | 4 | | 54,199.00 | |
| G - Executory Contracts and Unexpired Leases | X | 1 | | | |
| H - Codebtors | X | 1 | | | |
| I - Current Income of Individual Debtor(s) | X | 1 | | | 1,341.51 |
| J - Current Expenditures of Individual Debtor(s) | X | 1 | | | 2,495.00 |
| Total Number of Sheets of All Schedules | | 16 | | | |
| Total Assets | | | 7,386.53 | | |
| Total Liabilities | | | | 118,443.26 | |



**Form B6 Cont. W (11-95)**

BlumbergExcelsior, Publisher, NYC 10013

In re: CORDWELL, PETER
N/A

Debtor(s)   Case No.                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, an
that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date _____

Signature _____
CORDWELL, PETER                    Debtor

Date _____

Signature _____
N/A                    (Joint Debtor, if any)
(if joint case, both spouses must sign.)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets confirming to the appropriate Official Form for each person.

X _____
Signature of Bankruptcy Petition Preparer                    Date _____

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date _____

Signature _____

_____
(Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.



BlumbergExcelsior, Publisher, NYC 10013

Form B8 (Official Form8) (9 /97)

# Form 8. INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**UNITED STATES BANKRUPTCY COURT**　　　Western **DISTRICT OF** New York

In re: CORDWELL, PETER

　　N/A

Debtor(s)　Case No.　　　　　　　(if known)

　　　　　　Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a. Property to Be Surrendered.*

   **Description of property**　　　　　　　　　　　**Creditor's name**

*b. Property to Be Retained.*　　　　　　　　　　　*[Check any applicable statement.]*

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| | | | | |

Date:

CORDWELL, PETER Signature of Debtor

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____　　　　　_____

Printed or Typed Name of Bankruptcy Petition Preparer　　　　　Social Security No.

_____

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____　　　　　_____

　　Signature of Bankruptcy Petition Preparer　　　　　　　　　Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

BlumbergExcelsior, Publisher, NYC 10013



3085W Stmt of Comp.:
Rule 2016(b) (12-95)

# UNITED STATES BANKRUPTCY COURT Western DISTRICT OF New York

In re: CORDWELL, PETER

N/A

Debtor(s)  Case No.          (if known)

## STATEMENT
### Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1) The undersigned is the attorney for the debtor(s) in this Case.

(2) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:
   (a) for legal services rendered or to be rendered in comtemplation of and in connection with this case   $  500.00
   (b) prior to filing this statement, debtor(s) have paid   $  500.00
   (c) the unpaid balance due and payable is   $  0.00

(3) $ 209.00   of the filing fee in this case has been paid.

(4) The services rendered or to be rendered include the following:
   (a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   (b) preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   (c) representation of the debtor(s) at the meeting of creditors.

(5) The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

(6) The source of payments made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

(7) The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:

(8) The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated:                Respectfully submitted,                Attorney for Petitioner

Attorney's name and address 3131 Sheridan Drive, Ste. 21, Amherst, NY 14226